ACCEPTED
06-17-00091-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/4/2017 12:00 AM
DEBBIE AUTREY
CLERK

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/4/2017 8:49:00 AM
DEBBIE AUTREY
Clerk

_____

No. 06-17-00091-CV

_____

KENNETH CRAIG MILLER, Appellant

**v.**

GREGG COUNTY, TEXAS, Appellee

On Appeal from the County Court at Law No. 2 of Gregg County, Texas
Trial Court Cause No. 2017-703-CCL2

Before the Honorable Joe D. Clayton (Senior State District Judge), Judge Presiding

**APPELLANT KENNETH CRAIG MILLER'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

ANDREW R. KORN
State Bar of Texas Identification No. 11683150

THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 (Telephone)
(214) 521-8821 (Fax)
akorn@kbdtexas.com (Email address)

ATTORNEY FOR APPELLANT
KENNETH CRAIG MILLER

Pursuant to TEX. R. APP. P. 10.5(b), Appellant Kenneth Craig Miller ("Appellant") asks the Court for an extension of time to file his *Appellant's Brief* ("Brief").

1.      TEX. R. APP. P. 10.5(b)(1)(A):  The deadline for filing the Brief was November 30, 2017.

2.      TEX. R. APP. P. 10.5(b)(1)(B):  The length of the extension sought is one day so that the new filing deadline would be December 1, 2017.

3.      TEX. R. APP. P. 10.5(b)(1)(C):  Additional time is requested by Appellant because Appellant e-filed his brief less than hour after midnight on November 30, 2017. The undersigned had the Brief ready to be filed on the evening of November 30, 2017 – at least to the point where he allowed his assistant to leave to attend class (at SMU Law School's evening program). The undersigned's assistant returned to the office after class and proceeded to edit and complete the Brief and Appendix. The assistant did finish her portion before midnight, but due to the need for further revision of that version of the Brief, the undersigned could not get his final revision completed and in e-mail ready form before midnight. At that point, the undersigned went outside, took a few minute breather, attempted to ignore the dark thoughts racing through his mind, prayed, and returned to his desk. Where the undersigned took a deep breath, said a brief prayer, and finished up his final proof. The undersigned's assistant then completed the edits, re-saved the final version of the Brief to .pdf format, and e-filed the Brief at 12:49 a.m.

4.   TEX. R. APP. P. 10.5(b)(1)(D):   There was one previous extension granted for 15 days.

REQUEST FOR RELIEF SOUGHT

For these reasons, Appellant requests that the Court sign an order:

- extending the time for filing *Appellant's Brief* up to and including December 1, 2017; or alternatively
- deeming the *Appellant's Brief* e-filed at 12/1/2017 12:49 AM CST (Envelope Number: 21011879) timely filed.

Respectfully submitted,

By: _Andrew R. Korn_____
    Andrew R. Korn
State Bar of Texas Identification No. 11683150

THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 (Telephone)
(214) 521-8821 (Fax)
akorn@kbdtexas.com (Email address)

 ATTORNEY FOR APPELLANT
 KENNETH CRAIG MILLER

CERTIFICATE OF CONFERENCE

In accordance with TEX. R. APP. P. 10.1(a)(5), Counsel for Appellant certifies that on December 2, 2017, Counsel for Appellee, stated in writing that Appellee does **not** oppose the extension sought herein.

By: _Andrew R. Korn_____
    ANDREW R. KORN

CERTIFICATE OF SERVICE

This instrument was served on December 2, 2017, in compliance with TEX.

R. APP. P. 9.5(b)(1) as follows:

Robert S. Davis, Esq.                    Via ECF
FLOWERS, DAVIS, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701

By: _Andrew R. Korn_____

     Andrew R. Korn